# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| B-5, Inc., and B&T Industries, L.L.C. | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. Action No. 2:17-cv-2080 |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S ANSWER TO |
| Modular Evolution, LLC, | ) | COMPLAINT FILED BY B-5, INC., AND |
| | ) | B&T INDUSTRIES, L.L.C. |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S ANSWER TO COMPLAINT FILED BY B-5, INC., AND B&T INDUSTRIES**

Defendant Modular Evolution, LLC, hereby answers Plaintiffs' Complaint, responding to each enumerated paragraph as follows.

1. Admitted.

2. Admitted.

3. Defendant asserts that the allegation contained in Paragraph 3 is a legal conclusion to which no response is required.

4. Defendant asserts that the allegations contained in Paragraph 4 are legal conclusions to which no response is required.

5. Defendant admits that Defendant was served through the Utah County Sheriff's Office with a Sheriff's Office date notation of 4/5/17 and a Sheriff's Office time notation of 15:25.

6. Defendant asserts that the allegation contained in Paragraph 6 is a legal conclusion to which no response is required.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies those allegations.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies those allegations.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies those allegations.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies those allegations.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies those allegations.

12. Admitted.

13. Denied.

14. Denied as to the allegation that Defendant has infringed on the patent.  As to the allegation of monetary harm, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph and therefore denies those allegations.

15. Denied.

16. Denied.

Dated: April 26, 2017              Respectfully submitted

*/s/ Kris W. Kobach*
Kris W. Kobach, KS #17280
Kobach Law, LLC
P.O. Box 155
Lecompton, KS  66050
Telephone:  913-638-5567

*Attorney for Defendant Modular Evolution, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 26th day of April, 2017, a true and correct copy of the foregoing was sent via operation of the Court's electronic case filing system, as well as via email, to:

*James J. Kernell*
*Arthur A. Chaykin*
ERICKSON KERNELL IP, LLC
8900 State Line Road, Suite 500
Leawood, Kansas  66206
Telephone:  913-549-4700
Facsimile:  913-549-4646
jjk@kcpatentlaw.com
aac@kcpatentlaw.com

*Robert O. Blinn*
125 N. Market St. Suite 1100
Wichita, Kansas  67202
Telephone:  316-263-6400
Facsimile:  316-263-5491
Email:  rblinn@robertblinn.com

*Attorneys for Plaintiffs*
*B-5, Inc., and B&T Industries L.L.C.*


                                          */s/ Kris W. Kobach*
                                          Kris W. Kobach, KS #17280
                                          Kobach Law, LLC
                                          P.O. Box 155
                                          Lecompton, KS  66050
                                          Telephone:  913-638-5567
                                          kkobach@gmail.com

                                          *Attorney for Defendant Modular Evolution, LLC*