# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| B-5, INC. and B&T INDUSTRIES, L.L.C., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MODULAR EVOLUTION, LLC, )<br>)<br>Defendant. ) | Case No. 2:17-cv-02080-JAR-GLR |

## NOTICE OF SERVICE

I certify that on the 13th day of October, 2017, Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions, and documents marked Bates Nos. B5-000001 through B5-001186, were served upon the following via U. S. Mail:

Kris W. Kobach                Michael K. McKell
Kobach Law, LLC               642 Kirby Lane, Suite 105
P. O. Box 155                 Spanish Fork, Utah 84660
Lecompton, Kansas 66050

Respectfully submitted,

By: */s/ James J. Kernell*
    James J. Kernell, KS #19559
    Kyle D. Donnelly, KS #25531
    Arthur A. Chaykin, KS #13184
    ERICKSON KERNELL IP, LLC
    8900 State Line Road, Suite 500
    Leawood, Kansas 66206
    Telephone:  (913) 549-4700
    Facsimile:  (913) 549-4646
    Email:    jjk@kcpatentlaw.com
              kdd@kcpatentlaw.com

*Attorneys for Plaintiffs*
*B-5, Inc. and B&T Industries, LLC*

-2-

## CERTIFICATE OF SERVICE

      I certify that on the 13th day of October, 2017, the foregoing Notice of Service was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Kris Kobach and Michael K. McKell.

                                                */s/ James J. Kernell*