# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| B-5, INC. and B&T INDUSTRIES, L.L.C., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MODULAR EVOLUTION, LLC, )<br>)<br>Defendant. ) | Case No. 2:17-cv-02080-JAR-GLR |

## JOINT MOTION TO EXTEND DEADLINE
## TO COMPLETE MEDIATION

Pursuant to D. Kan. Rule 6.1(a) and (c), plaintiffs B-5 Inc. and B&T Industries, L.L.C. and defendant Modular Evolution, LLC have conferred and jointly move the Court to extend the deadline for completion of mediation of this case from November 24, 2017 (Doc. 12, ¶ 1) to January 19, 2018.

The parties have engaged in discussions regarding resolution of this matter and jointly request that the court extend the mediation deadline to January 19, 2018, to permit the parties to further explore settlement of this case without the need for mediation.

This is the parties' first request for an extension of time. No other deadlines set forth in the Initial Patent Scheduling Order are requested to be extended.

A Proposed Order is also being submitted.

Respectfully submitted,

| | |
|---|---|
| By: */s/ James J. Kernell*<br>  James J. Kernell, KS #19559<br>  Arthur A. Chaykin, KS #13184<br>  Kyle D. Donnelly, KS #25531<br>  ERICKSON KERNELL IP, LLC<br>  8900 State Line Road, Suite 500<br>  Leawood, Kansas 66206<br>  Telephone: (913) 549-4700<br>  Facsimile: (913) 549-4646<br>  Email: jjk@kcpatentlaw.com<br>         aac@kcpatentlaw.com<br>         kdd@kcpatentlaw.com<br><br>*Attorneys for Plaintiffs*<br>*B-5, Inc. and B&T Industries, LLC* | By: */s/ Michael K. McKell*<br>  Michael K. McKell (*pro hac vice*)<br>  642 Kirby Lane, Suite 105<br>  Spanish Fork, Utah 84660<br>  Telephone: (801) 798-9000<br>  Facsimile: (801) 798-4670<br>  Email: mike@utahlegalteam.com<br><br>  Kris Kobach, KS #17280<br>  KOBACH LAW, LLC<br>  P. O. Box 155<br>  Lecompton, Kansas 66050<br>  Telephone: (913) 638-5567<br>  Email: kkobach@gmail.com<br><br>*Attorneys for Defendant*<br>*Modular Evolution, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2017, the foregoing Joint Motion to Extend Deadline to Complete Mediation was filed with the Clerk of the Court to be served via the Court's ECF system upon counsel of record.

　　　　　　　　　　　　　　　　　　　　　*/s/ James J. Kernell*