### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| B-5, INC. and B&T INDUSTRIES, L.L.C., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MODULAR EVOLUTION, LLC, )<br>)<br>Defendant. ) | Case No. 2:17-cv-02080-JAR-GLR |

### CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT

Pursuant to ¶ 5.c of the Court's Scheduling Order (Doc. No. 12), Plaintiffs B-5, Inc. and B&T Industries, L.L.C. (collectively "B-5") provides its Claim Construction and Pre-Hearing Statement.

**I.   Asserted Patent and Claims**

Plaintiffs have asserted infringement of U. S. Patent No. 8,904,693 and claims 1 – 4.

**II.   Construction of Terms, Phrases, or Clauses on Which the Parties Agree**

Plaintiffs propose definitions for the following claim terms, governed by 35 U.S.C. § 112 ¶ 6, to which Defendant has not objected or offered alternative terms or definitions:

1. **Claim Terms:**

    a. connector:  that which joins or fastens together; a link

    b. leg mount assembly:

        i.  Mount:  to fix securely to a support

        ii. Assembly:  a set of parts put together

-2-

      c.  pivot support:

           i.  Pivot:  a short rod or shaft about which a related part rotates or swings

           ii.  Support:  a bearing or state of being supported

      d.  pivot connection:

           i.  Pivot:  a short rod or shaft about which a related part rotates or swings

           ii.  Connection:  link

      e.  leg mounting surface:

           i.  Mounting:  fixing securely to a support

           ii.  Surface:  an outer boundary of an object

### III.   Disputed Terms, Phrases, or Clauses

It is Plaintiffs' position that none of above-identified terms, phrases, or clauses are in dispute.

### IV.   Anticipated Length of Time Necessary for Claim Construction Hearing

Plaintiffs do not believe that a claim construction hearing is necessary at this time. Plaintiffs are available at the convenience of the Court if a claim construction hearing is desired by the Court.

### V.   Anticipated Witnesses at Claim Construction Hearing

N/A

### VI.   Other Issues for Pre-Hearing Conference

None.

Dated: February 16, 2018

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/*James J. Kernell* | s/ |
| James J. Kernell, #19559 | Michael K. McKell, *pro hac vice* |
| Kyle D. Donnelly, #25531 | MCKELL CHRISTIANSEN WISE, PLLC |
| Arthur Chaykin, #13184 | 1444 East 1820 South |
| ERICKSON KERNELL IP, LLC | Spanish Fork, Utah 84660 |
| 8900 State Line Road, Suite 500 | Telephone: (801) 798-9000 |
| Leawood, Kansas 66206 | Facsimile: (801) 798-4670 |
| Telephone: (913) 549-4700 | Email: mike@utahlegalteam.com |
| Facsimile: (913) 549-4646 | |
| Email: jjk@kcpatentlaw.com | Kris Kobach, #17280 |
| kdd@kcpatentlaw.com | KOBACH LAW, LLC |
| aac@kcaptentlaw.com | P.O. Box 155 |
| | Lecompton, Kansas 66050 |
| *Attorneys for Plaintiffs* | Telephone: (913) 638-5567 |
| | Email: kkobach@gmail.com |
| | |
| | *Attorneys for Defendant* |

CERTIFICATE OF SERVICE

I certify that on the 16th day of February 2018, the foregoing Claim Construction and Pre-Hearing Statement was filed electronically with the Clerk of the Court via the CM/ECF system, which will deliver electronic notification to all counsel of record.

/s/ James J. Kernell