# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| B-5, INC. and B&T INDUSTRIES, L.L.C., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:17-cv-02080-JAR-GLR |
| v. ) | |
| ) | |
| MODULAR EVOLUTION, LLC, ) | |
| ) | |
| Defendant. ) | |

## REVISED SCHEDULING ORDER

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Fact Discovery Deadline | August 31, 2018 |
| Expert Discovery Deadline | September 28, 2018 |
| Expert Report | July 31, 2018 |
| Rebuttal Report | August 31, 2018 |
| Dispositive Motions | November 30, 2018 |
| Proposed Pretrial Order | October 31, 2018 |
| Final Pretrial Conference | November 7, 2018 at 2:15 p.m. |
| Motions to Exclude Expert Testimony | January 29, 2019 |
| Jury Trial – ETT 5 Days | July 30, 2019 at 9 a.m. |

1. **Plan for Discovery.**  The parties jointly propose the following discovery plan:

    a.   Fact discovery will be commenced or served in time to be completed by **August 31, 2018.**

    b.   Expert discovery deadline is **September 28, 2018**.

b. The parties intend to serve disclosures and discovery electronically, as permitted by D. Kan. Rules 5.4.2 and 26.3.

c. The parties do not currently have any discovery issues that require the Court's attention.

d. Disclosure or discovery of electronically stored information (ESI) will be handled in accordance with the Federal Rules of Civil Procedure and this Court's ESI guidelines.

e. Discovery is needed on the following specific subjects:

   i. Design of the accused device.
   ii. Efforts to design around the '693 Patent.
   iii. Infringement/non-infringement opinions.
   iv. Sales records for the accused device.

f. The court has already entered a protective order that addresses claims of privilege and protection as trial-preparation material asserted after production.

g. To encourage cooperation, efficiency, and economy in discovery, and also to limit discovery disputes, the court adopts as its order the following procedures agreed to by parties and counsel in this case:

   1) Discovery disputes will be resolved with a phone call between lead counsel.
   2) Documents will be produced on a rolling basis.
   3) Exhibits will be numbered sequentially.

h. There will be a maximum of 25 interrogatories, including all discrete subparts, served by any party on another party.

i. There will be a maximum of 100 requests for admissions, including all discrete subparts, served by any party on another party.

j. There will be a maximum of 10 depositions taken by plaintiffs and 10 by defendant.

k. Each deposition will be limited to 7.5 hours.

l. Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, will be served by plaintiffs by **July 31, 2018** and by defendant by **August 31, 2018**. Rebuttal reports are due **August 31, 2018**.

m. The parties agree that physical or mental examinations pursuant Fed. R. Civ. P. 35 are not appropriate in this case.

n. Supplementations of disclosures under Fed. R. Civ. P. 26(e) will be served at such times and under such circumstances as required by that rule.

o.    The Court has already entered a protective order in this case (Doc. 16**.)**

p.    The parties do consent to electronic service of disclosures and discovery requests and responses.  See Fed. R. Civ. P. 5(b) and D. Kan. Rules 5.4.2(e) and 26.3.

## 2. Deadlines for Dispositive Motions.

a.    All other potentially dispositive motions will be filed by **November 30, 2018**.

b.    All motions to exclude testimony of expert witnesses pursuant to Fed. R. Evid. 702-705, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), or similar case law, will be filed by **January 29, 2019**.

## 3. Other Items.

a.    The parties agree that principles of comparative fault do not apply to this case.

b.    The parties do not request a status conference before the pretrial conference.

c.    A pretrial conference is set for **November 7, 2018**, at 2:15 p.m.  On or before October 31, 2018, counsel shall provide the Court with their proposed pretrial order. They shall not file it. The pretrial conference will be conducted by telephone. Counsel and any pro se parties should call 1-888-363-4749, access number 8533057, for the conference.

**Note: The court generally schedules a pretrial conference approximately 2-3 weeks after the close of discovery and approximately 2-4 weeks before the dispositive-motion deadline.  If the case remains at issue after all timely filed dispositive motions have been filed and decided (or if the parties announce that no dispositive motions will be filed), then the trial judge usually will conduct another pretrial conference within 30 days of trial.**

d.    The case is scheduled for jury trial on **July 30, 2019 at 9 a.m. in Kansas City, Kansas** before Judge Robinson.  Trial is expected to take approximately 5 days.

Date:  July 11, 2018

*S/ Gerald L. Rushfelt*
Gerald L. Rushfelt
U.S. Magistrate Judge

By: */s/ James J. Kernell*_____
    James J. Kernell, #19559
    Kyle D. Donnelly, #25531
    Arthur Chaykin, #13184
    ERICKSON KERNELL IP, LLC
    8900 State Line Road, Suite 500
    Leawood, Kansas 66206
    Telephone:  913-549-4700
    Facsimile:  913-549-4646
    Email:     jjk@kcpatentlaw.com
            kdd@kcpatentlaw.com
            aac@kcpatentlaw.com

*Attorneys for Plaintiffs*
*B-5, Inc. and B&T Industries, LLC.*


By:*/s/ Kris W. Kobach*_____
    Kris W. Kobach, #17280
    **KOBACH LAW, LLC**
    P. O. Box 155
    Lecompton, Kansas 66050
    Telephone:  913-638-5567
    Email:  kkobach@gmail.com

    Michael K. McKell
    Attorney at Law
    **MCKELL CHRISTIANSEN WISE, PLLC**
    642 East Kirby Lane, Suite 105
    Spanish Fork, Utah 84660
    Telephone:  801-798-9000
    Facsimile:   801-798-4670
    Email:  mike@utahlegalteam.com

*Attorneys Defendant*
*Modular Evolution, LLC*